# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFRY L. HOBSON | ) **Case No.: 2:10-CV-01135-CDJ** |
| Plaintiff, | ) |
| v. | ) **(Unlawful Debt Collection Practices)** |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.


\_/s/ Craig Thor Kimmel_____
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May 2010, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by regular mail to:

Shannon M. Geier, Esq.
Sessions, Fishman, Nathan & Israel
55 W. Monroe St., Suite 1120
Chicago, IL 60603

       /s/ Craig Thor Kimmel
Attorney for Plaintiff
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002