# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFRY L. HOBSON | Case No.: 2:10-CV-01135-CDJ |
| Plaintiff, | |
| v. | (Unlawful Debt Collection Practices) |
| NCO FINANCIAL SYSTEMS, INC., Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.

/s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002

*Approved.*
*C. Darnell J.*
*June 1, 2010*